UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEONARD JOHNSTOY,

Plaintiff,

vs.                              Case No.: 10-61919-CIV-COHN-SELTZER

GC SERVICES LIMITED PARTNERSHIP,

Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, LEONARD JOHNSTOY (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: December 1, 2010                Respectfully submitted,

    /s Andrew I. Glenn
    Andrew I. Glenn
    E-mail: Andrew@cardandglenn.com
    Florida Bar No. 577261
    J. Dennis Card, Jr.
    E-mail: Dennis@cardandglenn.com
    Florida Bar No. 0487473
    Card & Glenn, P.A.
    2501 Hollywood Boulevard, Suite 100
    Hollywood, Florida 33020
    Telephone: (954) 921-9994
    Facsimile: (954) 921-9553
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Barbara Fernandez, Esq.
Email: bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Blvd., Suite1600
Miami, FL 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorney for Defendant
Served via CM/ECF