UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61919-CIV-COHN/SELTZER

LEONARD JOHNSTOY,

        Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [DE 11] ("Joint Stipulation"). The Court has reviewed the Joint Stipulation and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal With Prejudice [DE 15] is **APPROVED**. This action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.